UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *PEGGY BARNHART, independent administrator of the estate of Samuel G. Barnhart, Sr., deceased,*<br><br>　　　　Plaintiff,<br><br>v.<br><br>*COVENANT CARE MIDWEST INC., d/b/a CEDAR RIDGE HEALTH & REHAB CENTER, d/b/a FRIENDSHIP HOME, and d/b/a HIGHLAND HEALTH CARE CENTER; COVENANT CARE, INC.; COVENANT CARE, LLC; CENTRE PARTNERS MANAGEMENT, LLC; COVENANT CARE'S SENIOR MANAGEMENT; COVENANT CARE CALIFORNIA, INC.; COVENANT CARE CALIFORNIA, LLC; ROBERT LEVIN; and ANDREW F. TOROK,*<br><br>　　　　Defendants. | Cause No. 3:11-CV-00712-JPG-SCW |

## AFFIDAVIT OF ANDREW F. TOROK

I, Andrew F. Torok, having been first duly sworn, depose and state upon personal knowledge as follows:

1. I am an adult over the age of 18, and am competent to testify regarding the matters set forth herein, which are based on my personal knowledge.

2. I am Vice President, Secretary and General Counsel of Covenant Care, LLC.

3. I submit this affidavit in connection with and for purposes of supporting the Motion to Dismiss for Lack of Personal Jurisdiction, which is being filed on my behalf in the above-captioned case.

4. On July 26, 2011, I was served with process in the above-captioned action at my office in Aliso Viejo, California.

5. I am not the owner, licensee, or operator of Cedar Ridge Health and Rehab Center in Lebanon, Illinois ("Cedar Ridge").

6. I have not held the operating license of Covenant Care Midwest, Inc., of Cedar Ridge, or of any other skilled nursing facility in Illinois.

7. I am not a physician and have no formal training in medicine or nursing.

8. I have not provided care to residents of Cedar Ridge or any other skilled nursing facility in Illinois.

9. I have not employed any care providers or administrative staff at Cedar Ridge or any other skilled nursing facility in Illinois.

10. I have not provided medical or nursing care or treatment to Samuel G. Barnhart, Sr.

11. I have not provided medical or nursing care or treatment to anyone in Illinois.

12. I have not transacted business within Illinois.

13. I have not committed a tortious act within Illinois.

14. I have not owned, used, or possessed any real estate situated in Illinois.

15. I have not personally contracted to insure any person, property, or risk located within Illinois.

16. I have not personally entered into a contract or promise, or performed on any contract or promise, substantially connected with Illinois.

17. I have not personally acquired the ownership, possession, or control of any

asset or thing of value present within Illinois.

    18.    I have not breached any fiduciary duty within Illinois.

    19.    I have not had an ownership interest in any trust administered in Illinois.

    20.    I have not exercised powers granted under the authority of the State of Illinois as a fiduciary.

    21.    I do not maintain an agent in Illinois.

    22.    I have not maintained an office in Illinois.

    23.    I have not solicited business in Illinois.

**FURTHER AFFIANT SAYETH NOT.**

_____
Andrew F. Torok

STATE OF CALIFORNIA    )
                               ) SS
COUNTY OF ORANGE      )

On this 3rd day of October, 2011, before me personally appeared Andrew F. Torok, known to me to be the person described in the foregoing instrument, and who executed the foregoing instrument and acknowledged that he executed it as his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the county and state aforesaid, the day and year first above written.

_____
Notary Public C. Bollig

My commission expires:

12-20-11

C. BOLLIG
Commission # 1786014
Notary Public - California
Orange County
My Comm. Expires Dec 20, 2011

3171311\1                                        3