# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PEGGY BARNHART, Independent Administrator** of the Estate of Samuel G. Barnhart, Sr., deceased, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )   NO.  11-712-JPG-SCW<br>) |
| **COVENANT CARE MIDWEST, INC., d/b/a/ CEDAR RIDGE HEALTH & REHAB CENTER, d/b/a FRIENDSHIP HOME and d/b/a/ HIGHLAND HEALTH CARE CENTER; COVENANT CARE, INC.; COVENANT CARE, LLC; CENTRE PARTNERS MANAGEMENT, LLC; COVENANT CARE'S SENIOR MANAGEMENT; COVENANT CARE CALIFORNIA, INC.; COVENANT CARE CALIFORNIA, LLC; ROBERT LEVIN and ANDREW F. TOROK,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:**   August 30, 2012

                                          **NANCY ROSENSTENGEL, Clerk of Court**

                                          **BY: s/ Jina Hoyt, Deputy Clerk**

**APPROVED:**   *s/J. Phil Gilbert*
                     J. PHIL GILBERT
                     U. S. DISTRICT JUDGE