## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PEGGY BARNHART, Independent Administrator** of the Estate of Samuel G. Barnhart, Sr., deceased, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | NO. 11-712-JPG-SCW |
| **COVENANT CARE MIDWEST, INC., d/b/a/ CEDAR RIDGE HEALTH & REHAB CENTER, d/b/a FRIENDSHIP HOME and d/b/a/ HIGHLAND HEALTH CARE CENTER; COVENANT CARE, INC.; COVENANT CARE, LLC; CENTRE PARTNERS MANAGEMENT, LLC; COVENANT CARE'S SENIOR MANAGEMENT; COVENANT CARE CALIFORNIA, INC.; COVENANT CARE CALIFORNIA, LLC; ROBERT LEVIN and ANDREW F. TOROK,** | ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** August 30, 2012

**NANCY ROSENSTENGEL, Clerk of Court**

**BY: s/ Jina Hoyt, Deputy Clerk**

APPROVED:   *s/J. Phil Gilbert*
           J. PHIL GILBERT
           U. S. DISTRICT JUDGE